Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Jorge.Ramirez@wilsonelser.com
Douglas.Rowan@wilsonelser.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENEVIEVE DICKINSON, an individual, | No. 2:17-cv-02558-GMN-PAL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| GGP MEADOWS MALL, LLC.; MILLARD MALL SERVICES, INC.; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendants, | |

Plaintiff Genevieve Dickinson ("Plaintiff"), by and through her attorneys of record, Scott L. Poisson, Esq. and Brandon C. Verde, Esq., of BERNSTEIN & POISSON, and Defendant GGP Meadows Mall, LLC and Millard Mall Services, Inc. by and through its attorneys of record, Jorge A. Ramirez, Esq. and Douglas M. Rowan, Esq., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, submit this Joint Status Report regarding the status of the settlement of this matter.

The parties reached a settlement of this matter at the October 31, 2018 settlement conference. In the minutes regarding those proceedings (ECF No. 21), the Court scheduled a telephonic status check for December 14, 2018 at 3:00 p.m., regarding the status of completing the settlement and dismissing the instant action. The parties wish to update the Court regarding the status of the settlement and request a continuance of the telephonic status check.

1399555v.1

C

The parties will not be able to complete the settlement prior to December 14 as Plaintiff filed a Chapter 7 Bankruptcy Case in the United States Bankruptcy Court, District of Nevada (Case No. 18-16998-btb) on November 28, 2018. The instant settlement will be part of the bankruptcy estate, and the parties cannot take any action at this time to complete the settlement or dismiss the pending litigation. The parties request an additional ninety days in which to file a stipulated dismissal.

Dated this 6th day of December, 2018.

**BERNSTEIN & POISSON**

*/s/ Scott L. Poisson*
Scott L. Poisson Esq.
Nevada Bar No. 10188
Brandon C. Verde, Esq.
Nevada Bar No. 14638
320 S. Jones Blvd.
Las Vegas, NV 89117
Attorneys for Plaintiff

Dated this 6th day of December, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Jorge A. Ramirez*
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendants

**IT IS ORDERED** that the parties shall have until **March 14, 2019**, to either file a stipulation to dismiss or a joint status report advising the court of the status of dismissal.

**Dated:** December 14, 2018

Peggy A. Leen
United States Magistrate Judge

1399555v.1