Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Jorge.Ramirez@wilsonelser.com
Douglas.Rowan@wilsonelser.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENEVIEVE DICKINSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GGP MEADOWS MALL, LLC.; MILLARD MALL SERVICES, INC.; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendants, | No. 2:17-cv-02558-GMN-PAL<br><br>**JOINT STATUS REPORT** |

Plaintiff Genevieve Dickinson ("Plaintiff"), by and through her attorneys of record, Scott L. Poisson, Esq. and Brandon C. Verde, Esq., of BERNSTEIN & POISSON, and Defendant GGP Meadows Mall, LLC and Millard Mall Services, Inc. by and through its attorneys of record, Jorge A. Ramirez, Esq. and Douglas M. Rowan, Esq., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, submit this Joint Status Report regarding the status of the dismissal of this matter.

The parties reached a settlement of this matter at an October 31, 2018 settlement conference. Plaintiff filed a Chapter 7 Bankruptcy Case in the United States Bankruptcy Court, District of Nevada (Case No. 18-16998-btb) on November 28, 2018. On December 14, 2018, the Court ordered the parties to either file a stipulation to dismiss or a joint status report advising the Court of the status of dismissal by March 14, 2019 (ECF No. 23).

The Bankruptcy Trustee has indicated that he will not object to the instant settlement funds being exempt from the bankruptcy estate or claim any of the funds. However, the settlement funds

1430493v.1

still remain an asset of the bankruptcy estate and cannot be distributed until approval is obtained from the Bankruptcy Court. Until the Bankruptcy Court approves distribution of the settlement funds, the parties cannot complete the settlement or dismiss the pending litigation. The parties request an additional ninety days in which to file a stipulated dismissal.

| Dated this 14th day of March, 2019. | Dated this 14th day of March, 2019. |
|---|---|
| **BERNSTEIN & POISSON** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| */s/Brandon C. Verde* | */s/Douglas M. Rowan* |
| Scott L. Poisson Esq. | Jorge A. Ramirez, Esq. |
| Nevada Bar No. 10188 | Nevada Bar No. 6787 |
| Brandon C. Verde, Esq. | Douglas M. Rowan, Esq. |
| Nevada Bar No. 14638 | Nevada Bar No. 4736 |
| 320 S. Jones Blvd. | 300 South Fourth Street, 11th Floor |
| Las Vegas, NV 89117 | Las Vegas, NV 89101 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**IT IS ORDERED** that the parties shall have until **June 12, 2019** to file their stipulation for dismissal in this case.

Dated: March 20, 2019

Peggy A. Leen
United States Magistrate Judge

Page 2 of 2

1430493v.1